# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs                                    CASE NO: 3:00cr88-001

WALTER REED,
    Defendant.
_____/

## ORDER REDUCING SENTENCE

    Before the Court is the Government's Rule 35 Motion advising that a reduction in defendant's sentence may be warranted by his cooperation and substantial assistance since his sentencing. The Court finds that a reduction is proper to reward his cooperation and significant assistance to the Government in the investigation and prosecution of others.

    Defendant's sentence of confinement is, therefore, reduced from 151 months to 76 months. In all other respects, the original sentence imposed in the Judgment and Commitment Order signed 31 August 2001 shall remain unchanged.

    **ORDERED** this 17th day of May 2005.


                                                          s/*L.A. Collier*
                                                 LACEY A. COLLIER
                                   Senior United States District Judge